U.S. BANKRUPTCY COURT
FILED
NEWARK, NJ

'10 MAY -4 AM 9: 40

JAMES J. WALDRON
BY: [signature]
DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Tabas, Freedman, Soloff, Miller & Brown, P.A.
*Attorneys for Joel L. Tabas, Trustee*
14 Northeast First Avenue, Penthouse
Miami, Florida 33132
Telephone: (305) 375-8171
Facsimile: (305) 381-7708
E-mail: gary@tabasfreedman.com

In re:

CRAIG T. CURRIE AND FANNY E. CURRIE,

Debtors.

Chapter 7

Case No. 07-24799 (MS)

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

**PLEASE TAKE NOTICE** that the law firm of Tabas, Freedman, Soloff, Miller & Brown, P.A., hereby gives notice of its appearance in this case as counsel for Joel L. Tabas, as Chapter 7 Trustee of the Bankruptcy Estates of Capitol Investments USA, Inc. and Nevin K. Shapiro, which case is presently pending in the United States Bankruptcy Court for the Southern District of Florida, in the Jointly Administered Case No.: 09-36408-BKC-LMI. All parties are requested to take notice of said appearance and to serve copies of any and all motions, pleadings, orders, reports or documents of any kind or nature filed in these proceedings upon said counsel.

Gary M. Freedman
TABAS, FREEDMAN, SOLOFF, MILLER & BROWN, P.A.
One Flagler Building
14 Northeast First Avenue, Penthouse
Miami, FL 33132
Telephone: (305) 375-8171
Telefax: (305) 381-7708
E-mail: gary@tabasfreedman.com

*Case No. 07-24799 (MS)*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished on May 3, 2010, to all parties on the attached on the attached service list.

Respectfully submitted,

Gary M. Freedman
Florida Bar No.: 727260
TABAS, FREEDMAN, SOLOFF, MILLER & BROWN, P.A.
Attorneys for the Trustee, Joel L. Tabas
14 N.E. First Avenue - Penthouse
Miami, Florida 33132
Telephone: (305) 375-8171
Facsimile: (305) 381-7708
gary@tabasfreedman.com

2

Sylvia Basch
225 Wahmer Rd.
Toronto, ON M5R3P7
Canada

David O. Marcus
Shapiro & Croland
Continental Plaza II, 6th Fl.
411 Hackensack Ave.
Hackensack, NJ 07601-6328

Ananias Battle
65 Daniel Place
Fanwood, NJ 07023

John F. Bracaglia, Jr.
Cohn, Bracaglia & Gropper
275 East Main Street
PO Box 1094
Somerville, NJ 08876

Bederson & Company LLP
347 Mount Pleasant Avenue
West Orange, NJ 07052

Beneficial New Jersey, Inc. d/b/a
Beneficial Mortgage Co.
Gary K. Norgaard
184 Grand Ave
Englewood, NJ 07631

Champion Wholesale Corp.
Ronald Acho Cummings
McClorey, Davis & Acho
33900 Schoolcraft Rd.
Livona, MI 48150

Loeb & Loeb, LLP
345 Park Avenue
New York, NY 10154

Craig T. Currie
14 Wedgewood Way
Scotch Plains, NJ 07076

Stephen B. McNally
McNally & Busche, L.L.C.
93 Main Street
Suite 201
Newton, NJ 07860

Fanny E. Currie
14 Wedgewood Way
Scotch Plains, NJ 07076

DaimlerChrysler Financial Services
Americas LLC
Linda S. Fossi
One Greentree Centre, Suite 201
Marlton, NJ 08053

Jay L. Lubetkin
Rabinowitz Lubetkin & Tully, L.L.C.
293 Eisenhower Parkway, Suite 100
Livingston, NJ 07039

Warren S. Wolf
Cureton Clark, P.C.
3000 Midlantic Drive
Suite 200
Mt. Laurel, NJ 08054

HSBC Corporation USA
Frank J. Martone
Law Offices of Frank J. Martone
1455 Broad Street
Bloomfield, NJ 07003

Gary K. Norgaard
Stern, Lavinthal, Frankenberg & Norgaard
184 Grand Ave
Englewood, NJ 07631

Robert P. Saltzman
Pluese, Becker & Saltzman, LLC
20000 Horizon Way, Suite 900
Mt. Laurel, NJ 08054-4318

Rhondi L. Schwartz
Shapiro & Diaz, LLP
14000 Commerce Pkwy, Suite B
Mt. Laurel, NJ 08054

Marc D. Miceli
Carella, Byrne, et al.
5 Becker Farm Rd.
Roseland, NJ 07066

Land Rover Capital Group
P.O. Box 537950
Livonia, MI 48153

John R. Morton, Jr.
Law Offices of John R. Morton, Jr.
110 Marter Ave
Suite 301
Moorestown, NJ 08057

PHH Mortgage Corporation
Jennifer Novick
Phelan, Hallinan &Schmieg
400 Fellowship Road, Suite 100
Mount Laurel, NJ 08054

ReMax
Benjamin A. Stanziale, Jr.
Stanziale & Stanziale
29 Northfield Ave, Suite 201
West Orange, NJ 07052

David S. Catuogno
Forman Holt Eliades & Ravin LLC
80 Route 4 East
Suite 290
Paramus, NJ 07652

Forman, Holt, Eliades & Ravin, LLC
218 Route 17 North
Rochelle Park, NJ 07662

Statewide Realty Company
416 63rd St.
West New York, NJ 07093

TAK Realty & Investment
Gregory M Gennaro
PO BOX 1034
Point Pleasant, NJ 08742

Wells Fargo Bank, N.A.
Joel A. Ackerman
200 Sheffield St., Suite 301
Mountainside, NJ 07092-0024

Adam & Marcy Goldstein
21 Nelson Avenue
Hicksville, NY 11801

ADT Security Services, Inc.
NCO Financial Systems Inc
507 Prudential Road
Horsham, PA 19044

Aventura Hospital & Medical
West Asset Management
2703 North Hwy 75
Sherman, TX 75090

B-Real, LLC
MS 550
PO Box 91121
Seattle, WA 98111-9221

Bally Total Fitness
12440 E. Imperial Hwy. #3
Norwalk, CA 90650

Ballys
Portfolio Acquisitions
2425 Commerce Ave., Suite 10
Duluth, GA 30096

Bank of America
Client Services Inc
3451 Harry S. Truman Blvd.
Saint Charles, MO 63301

Bears Investment Co., LLC
75 Hook Rd.
Bayonne, NJ 07002

Capital One Bank
PO Box 85015
Richmond, VA 23285

Carlos Albizu Univ Inc.
NCO Group Financial Systems
PO Box 182965
Columbus, OH 43218-2965

Cendant Mortgage
PO Box 371458
PITTSBURGH, PA 15250-7458

Champion Wholesale, Inc.
Cummings, McClorey, Davis
33900 Schoolcraft
Livonia, MI 48150

Craig McCarty
c/o Pearson & Schearer
730 Polhemus Road
Mateo, CA 94402

Dore R. Beinhaker, Esq.
20 South Street
Morristown, NJ 07960

Department of the Treasury
Internal Revenue Service
PO Box 21126
Philadelphia, PA 19114

Edison Radiology Group, PA
PO Box 2187
Edison, NJ 08818-2187

Ford Motor Credit Company LLC
Drawer 55-953
P.O. Box 55000
Detroit, MI 48225-0953

Frank J. Martone, P.C.
1455 Broad Street
Bloomfield, NJ 07003

HSBC Bank
Champion Mortgage
PO Box 5788
Cleveland, OH 44101-5788

HSBC Mortgage Corp USA
2929 Walden Ave.
Depew, NJ 14043

Internal Revenue Service
Special Procedures Banch
PO Box 744
Springfield, NJ 07081-0744

Inphynet South Broward Inc.
NCO-Medclr
PO Box 8547
Philadelphia, PA 19101

Jefferson Investment Group
c/o Schepisi & McLaughlin
PO Box 1313
Englewood Cliffs, NJ 07632-1313

Jefferson Investment Group, LLC
Jeffrey A. Cooper, Esq.
Carella, Byrne, et al.
5 Becker Farm Road
Roseland, NJ 07068

John deMunck
c/o McCarter & English
100 Mulberry St.
Newark, NJ 07102

Land Rover Capital Group
Dept. #193901
PO Box 55000
Detroit, MI 48255-1939

Marisol Curry
2096 Newark Ave.
Scotch Plains, NJ 07076

Mazda American Credit
P.O. Box 553179
Detroit, MI 48255-3179

Mercedes-Benz Financial
27777 Inkster Rd.
Farmington Hills, MI 48334

Muhlenberg Reg Med Ctr
PO Box 18716
Newark, NJ 07191-1871

Muhlenberg Reg Med Ctr
PO Box 3058
Edison, NJ 08818-3058

NCO Financial Systems
PO Box 15740
WILMINGTON, CO 19850-5740

NGA, INC.
21 Nelson Avenue
Hicksville, NY 11801

PHH Mortgage Services
Mortgage Service Center
4001 Leadenhall Road
Mount Laurel, NJ 08054

Plainfield Emergency Phy
PO Box 635087
Cincinnati, OH 45263-5087

Radiology Associates
NCO-Medclr
PO Box 8547
Philadelphia, PA 19101

Recovery Management Systems
Corporation
25 S.E. 2nd Avenue, Suite 1120
Miami, FL 33131-1605

RWJUH At Rahway
Rubin & Raine, LLC
PO Box 6555
Edison, NJ 08818-6555

Sean & Christine Flannery
1165 Wychwood Road
Mountainside, NJ 07092

Sean Flannery and Christine Flannery
c/o Jay L. Lubetkin, Esq.
Rabinowitz, Lubetkin & Tully, L.L.C.
293 Eisenhower Parkway, Suite 100
Livingston, NJ 07039

State of New Jersey
Department of Treasury-Division of Taxat
PO Box 245
Trenton, New Jersey 08695-0245

State Of New Jersey
Division Of Taxation
CN646
Trenton, NJ 08646

Steven Kinlaw
c/o Johnny Kingcad, P.A.
255 SE 2nd Ave.
Delray Beach, FL 33444

Steven LaSala
c/o Thomas J. Wall, Esq.
115 River Rd., Suite 300
Edgewater, NJ 07020

Steven LaSala, Constance LaSala, and Jacklyn Enter
Attn: Steven LaSala
32 Cameron Road
Saddle River, NJ 07458

Summit Radiological Assoc.
C.tech Collections, Inc.
PO Box 402
Mt. Sinai, NY 11766

Tidal Emergency Physicians
OSI Collection Services
PO Box 7100
Dublin, OH 43017

U.S. Dept. of Ed/FISL/CHI
PO Box 8422
Chicago, Il 60605

U.S. Dept. of Education
501 Bleecker St.
Utica, NY 13501

Vascular Diagnostics
Savit Collection Agency
PO Box 250
East Brunswick, NJ 08816-0250

Wachovia
HomEq Servicing Corp.
PO Box 13716
Sacramento, CA 95853-3716